**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NO. 97cr1491 |
|---|---|
| Plaintiff, | ORDER DENYING MOTION TO EXPUNGE FELONY CONVICTION |
| vs. | |
| SANDRA FLORES, | |
| Defendant. | |

Defendant Sandra Flores has filed a motion seeking expungement of the record of her March 9, 1998 felony conviction in this case. The Court concludes it does not have jurisdiction to grant the requested relief.

Ms. Flores was found guilty following a jury trial on four counts of conspiracy to import marijuana, aiding and abetting in the importation of marijuana, conspiracy to possess marijuana with intent to distribute, and aiding and abetting the possession of marijuana. The Court sentenced Defendant to 27 months in custody followed by two years of supervised release.

Ms. Flores asks the Court to expunge her conviction based upon her current position in the community, living a responsible and law-abiding life since the time of her conviction. However, the Court has very limited authority to expunge criminal convictions. United States v. Sumner, 226 F.3d 1005, 1009 (9th Cir. 2000). "[D]istrict courts do not have the power 'to expunge a record of a valid arrest and conviction solely for equitable considerations,' because 'the expungement of the record of a valid arrest and conviction usurps the powers that the framers of the Constitution

1 allocated to Congress, the Executive, and the states.'" United States v. Crowell, 374 F.3d 790, 793
2 (9th Cir. 2004). Absent express statutory authority, therefore, the court "is limited to expunging the
3 record of an unlawful arrest or conviction, or to correcting a clerical error." Id.

4     Ms. Flores has not alleged she was unlawfully arrested or convicted or that the Court made
5 any clerical error. She has not cited any statute by which the Court is authorized to expunge her
6 conviction. As a result, the Court lacks jurisdiction to expunge Ms. Flores's conviction based
7 upon the equitable reasons she cites. Ms. Flores's motion is DENIED.

8     IT IS SO ORDERED

10 **DATED: November 21, 2008**

11                                     _____
                                  **IRMA E. GONZALEZ, Chief Judge**
12                                   **United States District Court**

13 cc:    Sandra Flores-Tena
14        965 W. Gold St.
       Kuna, ID 83634